1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN RAMAZZINI,<br><br>      Plaintiff,<br><br>vs.<br><br>C/O EVANS, et al.,<br><br>      Defendants. | Case No.  1:13 cv 00733 LJO GSA PC<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No.14)<br><br><br>ORDER DISMISSING ACTION FOR FAILURE TO SATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(g) |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

    On January 6, 2015, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted.  Plaintiff was provided an opportunity to file objections within thirty days.  To date, Plaintiff has not filed

1  objections or otherwise responded to the findings and recommendations.

2        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 305, this

3
4  Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

5  Court finds the findings and recommendations to be supported by the record and proper analysis.

6        Accordingly, THE COURT HEREBY ORDERS that:

7        1.  The findings and recommendations issued by the Magistrate Judge on January 6, 2015,

8  are adopted in full;

9
10       2.  This action is dismissed with prejudice, based on Plaintiff's failure to state a claim

11 upon which relief may be granted under section 1983;

12       3.  This dismissal is subject to the "three strikes" provision set forth in 28 U.S.C.

13 §1915(g); and

14       4.  The Clerk of Court is directed to close this case.

15

16

17       IT IS SO ORDERED.

18                                                 Dated:    **February 9, 2015**
   **/s/ Lawrence J. O'Neill**
19                                                 UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28
                                                  2